# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband | CASE NO. 2:15-cv-00360-DSC |
| | Honorable David Stewart Cercone |
| Plaintiffs | **JURY TRIAL DEMANDED** |
| vs. | |
| | **DEFENDANT BIG LOTS, STORES INC.'S MOTION TO EXTEND TIME FRAME TO FILE A RESPONSIVE PLEADING** |
| BIG LOTS STORES, INC. | |
| Defendant | FILED ON BEHALF OF: DEFENDANT, BIG LOTS STORES, INC. |
| | COUNSEL OF RECORD FOR THIS/THESE PARTIES: |
| | JASON G. WEHRLE, ESQUIRE PA. I.D. No. 92711 |
| | **MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP** Suite 390, EQT Plaza 625 Liberty Avenue Pittsburgh, PA 15222 (412) 928-0502 **MSZL&M File No. 009460.000039** |

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

DIANA FRICK and JOSEPH FRICK, her husband

        Plaintiffs

vs.

CASE NO. 2:15-cv-00360-DSC
Honorable David Stewart Cercone

BIG LOTS STORES, INC.

        Defendant

## DEFENDANT BIG LOTS STORES, INC.'S MOTION TO EXTEND TIME FRAME TO FILE A RESPONSIVE PLEADING

**COMES NOW**, the Defendant BIG LOTS STORES, INC., by counsel, Jason G. Wehrle and the law firm of Mintzer, Sarowitz, Zeris, Ledva, & Meyers, LLP, pursuant to Rule 6 of Federal Rules of Civil Procedure, and for good cause shown, hereby moves this Court to enter an Order extending the time frame for Defendant Big Lots Stores, Inc. to file a responsive pleading to Plaintiffs' Complaint to allow Defendant sufficient time to investigate the facts giving rise to Plaintiffs' Complaint such that meaningful responses can be made to the allegations contained therein. In support thereof, Defendant has contemporaneously filed a Memorandum of Law in Support.

**WHEREFORE**, based upon the foregoing and the reasons set forth in the Memorandum of Law in Support, Defendant Big Lots Stores, Inc. moves this Court to

enter an Order granting it an extension of thirty (30) days to file a responsive pleading in this matter and such further and other relief as the Court deems proper.

                        **MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

                           */s/ Jason G. Wehrle*
BY:_____
                         JASON G. WEHRLE, ESQUIRE
                         Attorney for Defendant, BIG LOTS STORES, INC.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 27th day of March, 2015, a true and correct copy of the within DEFENDANT BIG LOTS STORES, INC.'S MOTION TO EXTEND TIME FRAME TO FILE A RESPONSIVE PLEADING was provided to the parties, either individually or through their counsel, as listed below, and in the manner indicated:

[X]  FIRST CLASS MAIL, POSTAGE PREPAID AT PITTSBURGH, PA 15222

[ ]  VIA FACSIMILE TRANSMISSION

[ ]  HAND-DELIVERY

Michael C. George, Esquire
LAW OFFICE OF MICHAEL C. GEORGE
The Grant Building
330 Grant Street - Suite 712
Pittsburgh, PA  15219

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

BY: _/s/ Jason G. Wehrle_____
    JASON G. WEHRLE, ESQUIRE
    Attorney for Defendant,
    BIG LOTS STORES, INC.

IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

DIANA FRICK and JOSEPH FRICK, her husband

          Plaintiffs

vs.

BIG LOTS STORES, INC.

          Defendant

CASE NO. 2:15-cv-00360-DSC
Honorable David Stewart Cercone

JURY TRIAL DEMANDED

### ORDER

AND NOW, this _____ day of _____, 2015, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Defendant Big Lots Stores, Inc.'s Motion to Extend Time Frame to File a Responsive Pleading is **GRANTED** and Defendant has thirty (30) days from the date of this Order to file a responsive pleading to Plaintiffs' Complaint.

                                                            _____
                                                            J.