IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

DIANA FRICK and JOSEPH FRICK, her
husband

            Plaintiffs

vs.

CASE NO. 2:15-cv-00360-DSC
Honorable David Stewart Cercone

JURY TRIAL DEMANDED

BIG LOTS STORES, INC.

            Defendant

**ORDER**

AND NOW, this 31st day of March, 2015, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that Defendant Big Lots Stores, Inc.'s Motion to Extend Time Frame to File a Responsive Pleading is **GRANTED** and Defendant has thirty (30) days from the date of this Order to file a responsive pleading to Plaintiffs' Complaint.

*DS Cercone*
_____
J.