# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT PITTSBURGH

| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband | CASE NO. 2:15-cv-00360-DSC |
| Plaintiffs | **JURY TRIAL DEMANDED** |
| vs. | **PRAECIPE FOR APPEARANCE** |
| BIG LOTS STORES, INC. | FILED ON BEHALF OF: DEFENDANT, BIG LOTS STORES, INC. |
| Defendant | COUNSEL OF RECORD FOR THIS/THESE PARTIES: |

JASON G. WEHRLE, ESQUIRE
PA. I.D. No. 92711

JOSHUA K. BOGGS, ESQUIRE
PA. I.D. No. 319794

RYAN R. MICK, ESQUIRE
PA. I.D. No. 314595

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**
Suite 390, EQT Plaza
625 Liberty Avenue
Pittsburgh, PA 15222
(412) 928-0502
**MSZL&M File No. 009460.000039**

# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT PITTSBURGH

| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband | CASE NO. 2:15-cv-00360-DSC |
| Plaintiffs | **JURY TRIAL DEMANDED** |
| vs. | |
| BIG LOTS STORES, INC. | |
| Defendant | |

## PRAECIPE FOR APPEARANCE

KINDLY ENTER the appearance of RYAN R. MICK, ESQUIRE and MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP, on behalf of Defendant, BIG LOTS STORES, INC. in the above captioned matter.

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

BY: */s/ Ryan R. Mick*
_____
RYAN R. MICK, ESQUIRE
Attorney for Defendant, BIG LOTS STORES, INC.

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 10th day of April, 2015, a true and correct copy of the within PRAECIPE FOR APPEARANCE was provided to the parties, either individually or through their counsel, as listed below, and in the manner indicated:

[ X ]  FIRST CLASS MAIL, POSTAGE PREPAID AT PITTSBURGH, PA 15222

[   ]  VIA FACSIMILE TRANSMISSION

[   ]  HAND-DELIVERY

        Michael C. George, Esquire
LAW OFFICE OF MICHAEL C. GEORGE
          The Grant Building
    330 Grant Street - Suite 712
     Pittsburgh, PA  15219

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

     /s/ Ryan R. Mick
BY:_____
     RYAN R. MICK, ESQUIRE
     Attorney for Defendant, BIG LOTS STORES, INC.