IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DIANA FRICK and JOSEPH FRICK, her husband,

     Plaintiffs,

  vs.

BIG LOTS STORES, INC.,

     Defendant,

  vs.

BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.; BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.; DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO; AND HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR,

     Third-Party Defendants.

CASE NO.:  2:15-cv-00360-DSC

Honorable David Stewart Cercone

**JURY TRIAL DEMANDED**

*Electronically Filed*

**DEFENDANT HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY
f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR'S
<u>MOTION TO EXTEND TIME FRAME TO FILE A RESPONSIVE PLEADING</u>**

**COMES NOW**, the Third-Party Defendant HOC INDUSTRIES, INC. f/k/a THE

HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR

(hereinafter "HOC Industries"), by counsel, Paul A. Custer, Esquire and the Law Office

of Bernard J. Kelly, pursuant to Rule 6 of Federal Rules of Civil Procedure, and for good

cause shown, hereby moves this Court to enter an Order extending the time frame for

Defendant HOC Industries to file a responsive pleading to Big Lots' Third-Party

Complaint to allow the parties to mediate this matter on July 22, 2015, and to allow

Defendant HOC Industries sufficient time to investigate the facts giving rise to Big Lots'

Third-Party Complaint such that meaningful responses can be made to the allegations

contained therein.  In support thereof, Defendant HOC Industries has

contemporaneously filed a Memorandum of Law in Support.

Big Lots Stores, Inc. has indicated its consent to the motion.

**WHEREFORE,** based upon the foregoing and the reasons set forth in the

Memorandum of Law in Support, Defendant HOC Industries moves this Court to enter

an Order granting it an extension until July 29, 2015 to file a responsive pleading in this

matter and such further and other relief as the Court deems proper.

LAW OFFICES OF BERNARD J. KELLY

*/s/ Paul A. Custer*
Paul A. Custer, Esquire
Pa. I.D. 87628
Attorney for Third-Party Defendant
HOC Industries, Inc. f/k/a The Home
Oil Company f/k/a The Home Oil
Company, Inc. d/b/a Homestar

LAW OFFICES OF BERNARD J. KELLY
2925 One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Telephone: 412-316-1336
Fax: 412-872-9087
Email: paul.custer@aig.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the **30th** day of **JUNE, 2015**, a true and correct copy of the foregoing **THIRD-PARTY DEFENDANT HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR'S MOTION TO EXTEND TIME FRAME TO FILE A RESPONSIVE PLEADING** was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Michael C. George, Esquire
LAW OFFICE OF MICHAEL C. GEORGE
The Grant Building
330 Grant Street, Suite 712
Pittsburgh, PA  15219
*Attorney for Plaintiffs*


Jason G. Wehrle, Esquire
Joshua K. Boggs, Esquire
Ryan R. Mick, Esquire
MINTZER, SAROWITZ, ZERIS,
LEDVA & MEYERS, LLP
625 Liberty Avenue, Suite 390
Pittsburgh, PA 15222
*Attorney for Defendant,*
*Big Lots Stores, Inc.*


**LAW OFFICES OF BERNARD J. KELLY**


*/s/ Paul A. Custer*
Paul A. Custer, Esquire
Attorneys for Third-Party Defendant
HOC Industries, Inc. f/k/a The Home Oil
Company f/k/a The Home Oil Company, Inc.
d/b/a Homestar

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DIANA FRICK and JOSEPH FRICK, her
husband,

      Plaintiffs,

   vs.

BIG LOTS STORES, INC.,

      Defendant,

   vs.

BUREAU VERITAS CONSUMER
PRODUCTS SERVICES, INC.; BUREAU
VERITAS CONSUMER PRODUCTS
SERVICES (INDIA) PVT. LTD.;
DESIGNCO OVERSEAS PRIVATE
LIMITED a/k/a DESIGNCO INDIA d/b/a
DESIGNCO; AND HOC INDUSTRIES,
INC. f/k/a THE HOME OIL COMPANY
f/k/a THE HOME OIL COMPANY, INC.
d/b/a HOMESTAR,

      Third-Party Defendants.

CASE NO.:  2:15-cv-00360-DSC

Honorable David Stewart Cercone

**JURY TRIAL DEMANDED**

*Electronically Filed*

## **ORDER**

     **COMES NOW,** this _____ day of _____, 2015, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that Third-Party Defendant HOC Industries'

Motion to Extend Time Frame to File a Responsive Pleading is **GRANTED** and Third-

Party Defendant has until July 29, 2015 to file a responsive pleading to Big Lots' Third-

Party Complaint.

_____

                                           J.