IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband, | CASE NO. 2:15-cv-00360-DSC |
| Plaintiffs | **JURY TRIAL DEMANDED** |
| vs. | |
| BIG LOTS STORES, INC., | |
| Defendant | |
| vs. | |
| BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.; BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.; DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO; AND HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR | |

### DEFENDANT BIG LOTS STORES, INC.'S MOTION FOR AN EXTENSION OF TIME TO EFFECT SERVICE OF SUMMONS AND THIRD-PARTY COMPLAINT

Defendant, BIG LOTS STORES, INC., by and through counsel, JASON WEHRLE, ESQUIRE, JOSHUA K. BOGGS, ESQUIRE, AND RYAN MICK, ESQUIRE and the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP, respectfully moves for an extension of time to effect service of Summons and Third-Party Complaint on third-party defendants, Bureau Veritas Consumer Products Services, Inc.; Bureau Veritas Consumer Products Services (India) Pvt. Ltd.; Designco Overseas Private Limited a/k/a Designco India d/b/a Designco; and HOC Industries, Inc. f/k/a The Home Oil Company f/k/a The Home Oil

3500436

Company, Inc. d/b/a Homestar. Defendant, BIG LOTS STORES, INC., engaged in mediation with Plaintiff on July 22, 2015 and expects to reconvene said mediation at a later date. Rule 4(m) of the Federal Rules of Civil Procedure provides,

> "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the [plaintiff] shows good cause for the failure, the court must extend the time for service for an appropriate period."

Therefore, based on the potential for settlement and subsequent dismissal of this action, Defendant, BIG LOTS STORES, INC., seeks an extension of time of ninety (90) days to effectuate service on the above named Third-Party Defendants.

WHEREFORE, based on Federal Rule of Civil Procedure 4(m) and good cause shown, Defendant moves the court for an extension of time to serve the aforementioned third-party defendants. Defendant will file a Memorandum of Law in Support of this Motion of this Honorable Court deems necessary.

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

BY: */s/Joshua K. Boggs*_____
JASON G. WEHRLE, ESQUIRE
PA Id. No. 92711
JOSHUA K. BOGGS, ESQUIRE
PA Id. No. 319794
RYAN MICK, ESQUIRE
PA Id. No. 314595
Attorneys for Defendants/Third-Party Plaintiff,
BIG LOTS STORES, INC.

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

3500436

| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband, | CASE NO. 2:15-cv-00360-DSC |
| Plaintiffs | **JURY TRIAL DEMANDED** |
| vs. | |
| BIG LOTS STORES, INC., | |
| Defendant | |
| vs. | |
| BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.; BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.; DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO; AND HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR | |

**O R D E R**

The foregoing Motion for Extension of Time to Effectuate Service filed by Defendant, BIG LOTS STORES, INC., by and through counsel, JASON WEHRLE, ESQUIRE, JOSHUA K. BOGGS, ESQUIRE, AND RYAN MICK, ESQUIRE and the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP  is hereby **GRANTED** and Defendant hereby has an additional ninety (90) days to serve Third-Party Defendants Bureau Veritas Consumer Products Services, Inc.; Bureau Veritas Consumer Products Services (India) Pvt. Ltd.; Designco Overseas Private Limited a/k/a Designco India d/b/a Designco; and HOC Industries, Inc. f/k/a The Home Oil Company f/k/a The Home Oil Company, Inc. d/b/a Homestar.

**IT IS SO ORDERED** this _____ day of _____, 2015.

3500436

                                                              _____
                                                                                                                                                                              J.

3500436