| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband, | CASE NO. 2:15-cv-00360-DSC |
| Plaintiffs | **JURY TRIAL DEMANDED** |
| vs. | |
| BIG LOTS STORES, INC., | |
| Defendant | |
| vs. | |
| BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.; BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.; DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO; AND HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR | |

## O R D E R

The foregoing Motion for Extension of Time to Effectuate Service filed by Defendant, BIG LOTS STORES, INC., by and through counsel, JASON WEHRLE, ESQUIRE, JOSHUA K. BOGGS, ESQUIRE, AND RYAN MICK, ESQUIRE and the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP is hereby **GRANTED** and Defendant hereby has an additional ninety (90) days to serve Third-Party Defendants Bureau Veritas Consumer Products Services, Inc.; Bureau Veritas Consumer Products Services (India) Pvt. Ltd.; Designco Overseas Private Limited a/k/a Designco India d/b/a Designco; and HOC Industries, Inc. f/k/a The Home Oil Company f/k/a The Home Oil Company, Inc. d/b/a Homestar.

**IT IS SO ORDERED** this ___24th___ day of ___August___, 2015.

3500436

_____
                                J.

3500436