IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband, | CASE NO. 2:15-cv-00360-DSC |
| Plaintiffs, | Honorable David Stewart Cercone |
| vs. | |
| BIG LOTS STORES, INC., | |
| Defendant, | **JURY TRIAL DEMANDED** |
| vs. | |
| BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.; BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.; DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO; AND HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR, | |
| Third-Party Defendants. | |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF ZACH T. MAYER

Upon the motion of Zach T. Mayer, to be admitted, *pro hac vice*, to represent Big Lots Stores, Inc. ("Defendant"), a Defendant in the above referenced case, and upon the Affiant's certification that the Affiant is a member in good standing of the bar in the State of Texas and, if applicable, it is hereby

**ORDERED**, that Zach T. Mayer, Esq., is admitted to practice, *pro hac vice*, in the above referenced case to represent the Defendant, in the United States District Court for the Western District of Pennsylvania, provided that the filing fee has been paid.

Dated: _____    _____
                                    UNITED STATES DISTRICT JUDGE