IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DIANA FRICK** and **JOSEPH FRICK**, her husband, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**BIG LOTS STORES, INC.**, )<br>)<br>Defendant/ Third Party Plaintiff, )<br>)<br>v. )<br>)<br>**BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.**; **BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.**; **DESIGNCO OVERSEAS PRIVATE LIMITED** a/k/a **DESIGNCO INDIA** d/b/a **DESIGNCO**; and **HOC INDUSTRIES, INC.** f/k/a **THE HOME OIL COMPANY** f/k/a **THE HOME OIL COMPANY, INC.** d/b/a **HOMESTAR**, )<br>)<br>Third Party Defendants. ) | 2:15cv360<br>**Electronic Filing** |

## ORDER OF COURT

AND NOW, this 27th day of October, 2015, IT IS ORDERED that a Status Conference with counsel is scheduled for **Tuesday, November 3, 2015, at 4:00 p.m.** in Courtroom No. 7A, Seventh Floor, 700 Grant Street, U.S. Courthouse, Pittsburgh, PA 15219.

s/David Stewart Cercone
David Stewart Cercone
United States District Judge

2

cc: Michael C. George, Esquire
Jason G. Wehrle, Esquire
Joshua K. Boggs, Esquire
Ryan R. Mick, Esquire
Sara J. Krumholz, Esquire
Zach T. Mayer, Esquire
Paul Alexander Custer, Esquire

(*Via CM/ECF Electronic Mail*)