### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband, | CIVIL DIVISION |
| Plaintiffs, | NO. 2:15-CV-00360-DSC |
| vs. | **JURY TRIAL DEMANDED** |
| BIG LOTS STORES, INC., | |
| Defendant, | |
| vs. | |
| BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.; BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.; DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO; AND HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR | |

### PRAECIPE TO ISSUE SUMMONS ON A THIRD-PARTY COMPLAINT

NOW COMES, Defendant BIG LOTS STORES, INC., by and through its counsel, JASON G. WEHRLE, ESQUIRE, JOSHUA K. BOGGS, ESQUIRE, and RYAN R. MICK, ESQUIRE, and the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA &

MEYERS, LLP, and kindly requests the issuance of a Summons on a Third-Party Complaint against the following:

 Bureau Veritas Consumer Products Services, Inc.
 C/O CT Corporation System
 111 Eighth Avenue
 New York, New York 10011

    Respectfully submitted by:

    **MINTZER, SAROWITZ, ZERIS, LEDVA**
    **& MEYERS, LLP**

     */s/ Ryan R. Mick*
BY:_____
    JASON G. WEHRLE, ESQUIRE
    PA ID No. 92711
    *jwehrle@defensecounsel.com*
    JOSHUA K. BOGGS, ESQUIRE
    PA ID No. 319794
    *jboggs@defensecounsel.com*
    RYAN R. MICK, ESQUIRE
    PA ID No. 314595
    *rmick@defensecounsel.com*

    EQT Plaza – Suite 390
    625 Liberty Avenue
    Pittsburgh, PA  15222
    Phone:  412.928.0502
    Fax:     412.928.0506

    *Attorneys for Defendant, BIG LOTS STORES, INC.*

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 3rd day of November, 2015, a true and correct copy of the within **PRAECIPE TO ISSUE SUMMONS ON A THIRD-PARTY COMPLAINT** was provided to the parties via the Court's ECF System as follows:

Michael C. George, Esquire
LAW OFFICE OF MICHAEL C. GEORGE
The Grant Building
330 Grant Street - Suite 712
Pittsburgh, PA  15219
*Counsel for Plaintiffs*

Paul Alexander Custer, Esquire
Law Offices of Bernard J. Kelly
2925 One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
*Counsel for HOC Industries, Inc. f/k/a The Home Oil Company f/k/a The Home Oil Company, Inc. d/b/a Homestar*

**MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP**

BY: */s/ Ryan R. Mick*
_____
JASON G. WEHRLE, ESQUIRE
JOSHUA K. BOGGS, ESQUIRE
RYAN R. MICK, ESQUIRE
Attorney for Defendant, BIG LOTS STORES, INC.