# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| Diana Frick and Joseph Frick | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:15-cv-00360 |
| Big Lots Stores, Inc. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| Bureau Veritas Consumer Products Services, et al. | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   Bureau Veritas Consumer Products Services, Inc.
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

A lawsuit has been filed against defendant   Big Lots Stores, Inc.   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Diana Frick and Joseph Frick  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Jason G. Wehrle, Esquire, Ryan R. Mick, Esquire, Mintzer Sarowitz Zeris Ledva & Meyers, LLP, EQT Plaza - Suite 390, 625 Liberty Avenue, Pittsburgh, PA 15222

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Michael C. George, Esquire, Law Office of Michael C. George, The Grant Building, 330 Grant Street - Suite 712, Pittsburgh, PA 15219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

"ENGTM'QH'EQWTV

11/04/2015

*Ginelle M. Puraty*

'F cvg"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""""Uk pcwtg'qh"Ergtm'qt'F gr w{ 'Ergtm

Civil Action No. 2:15-cv-00360

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):* _____

_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: