**IN THE UNITED STATES DISTRICT COURT**
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANA FRICK** and **JOSEPH FRICK**, her husband, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:15cv360 **Electronic Filing** |
| **BIG LOTS STORES, INC.**, | ) ) | |
| Defendant/ Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| **BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.**; **BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.**; **DESIGNCO OVERSEAS PRIVATE LIMITED** a/k/a **DESIGNCO INDIA** d/b/a **DESIGNCO**; and **HOC INDUSTRIES, INC.** f/k/a **THE HOME OIL COMPANY** f/k/a **THE HOME OIL COMPANY, INC.** d/b/a **HOMESTAR**, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Third Party Defendants. | ) | |

**STATUS CONFERENCE**
**Before Judge David Stewart Cercone**

| | |
|---|---|
| Appear for Plaintiff: | Michael C. George, Esquire |
| Appear for Defendant: | Jason G. Wehrle, Esquire; Zach T. Mayer, Esquire – Big Lots |
| | Paul Alexander Custer, Esquire – HOC Industries |
| Hearing date: | 11/3/15 |
| Hearing begun: | 4:00 p.m. |
| Hearing concluded: | 4:50 p.m. |
| Stenographer: | None |
| Clerk/Deputy Clerk: | Mark W. Mohney |

REMARKS:  The Clerk met with counsel to discuss the status of service on the third-party
defendants and to ascertain an appropriate course for further development of the
case at this juncture.   After discussion it was agreed that defendant will file a

motion for a protective order without delay.  Plaintiff's motion to commence discovery will be granted as follows: after the entry of a protective order the parties may serve an initial set of interrogatories and requests for production on any of the other parties who have had counsel enter an appearance on their behalf. Defendant will continue to perfect service on all third-party defendants without undue delay.  A status conference will be scheduled for January 6, 2016, at 4:00 p.m.