# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband, | Civil Action No. 2:15-cv-00360-DSC |
| Plaintiffs, | |
| vs. | |
| BIG LOTS STORES, INC., | |
| Defendant/ Third-Party Plaintiff, | |
| vs. | |
| BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.; BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.; DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO; and HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR, | |
| Third-Party Defendants. | |

## NOTICE OF APPEARANCE

Sharon Z. Hall, Esquire, an attorney who is admitted to practice in this Court, hereby enters her appearance on behalf of Third-Party Defendant Bureau Veritas Consumer Products Services, Inc.

Dated: December 18, 2015

        Respectfully submitted,

        ZIMMER KUNZ, PLLC

        By:   */s/Sharon Z. Hall*
              Sharon Z. Hall, Esquire
              PA 89600

        *Counsel for Third-Party Defendant*
        *Bureau Veritas Consumer Products Services, Inc.*

ZIMMER KUNZ, PLLC
310 Grant Street, Suite 3000
Pittsburgh, Pennsylvania 15219
(412) 281-8000
E-Mail: hall@zklaw.com

## CERTIFICATION OF SERVICE

I hereby certify that, on December 18, 2015, I served copies of the Notice of Appearance of Sharon Z. Hall, Esquire on behalf of Third-Party Defendant Bureau Veritas Consumer Products Services, Inc. and this Certification of Service upon the following counsel via electronic case filing:

Michael C. George, Esquire
330 Grant Street
Suite 712
Pittsburgh, Pennsylvania 15219
(412) 566-2299
Fax: (412) 471-2120
Email: mgeorge@mikegeorgelaw.com
*Counsel for Plaintiffs*
*Diana Frick and Joseph Frick*

Sara J. Krumholz, Esquire
Zach T. Mayer, Esquire
Kane Russell Coleman & Logan PC
1601 Elm Street, Suite 3700
Dallas, Texas 75201
(214) 777-4200
Fax: (214) 777-4299
Email: skrumholz@krcl.com
Email: zmayer@krcl.com
*Counsel for Defendant / Third-Party Plaintiff*
*Big Lots Stores, Inc.*

Jason G. Wehrle, Esquire
Joshua K. Boggs, Esquire
Ryan R. Mick, Esquire
Mintzer Sarowitz Zeris Ledva & Meyers LLP
EQT Plaza, 625 Liberty Avenue, Suite 390
Pittsburgh, Pennsylvania 15222
(412) 928-0502
Fax: (412) 928-0506
Email: jwehrle@defensecounsel.com
Email: jboggs@defensecounsel.com
Email: rmick@defensecounsel.com
*Counsel for Defendant / Third-Party Plaintiff*
*Big Lots Stores, Inc.*

Paul Alexander Custer, Esquire
Law Offices of Bernard J. Kelly
2925 One Oxford Centre
301 Grant Street
Pittsburgh, Pennsylvania 15219
(412) 281-7761
Fax: (412) 872-9087
Email: paul.custer@aig.com
*Counsel for Third-Party Defendant*
*HOC Industries, Inc.*

*/s/Sharon Z. Hall*
Sharon Z. Hall