IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband, | CASE NO. 2:15-cv-00360-DSC |
| Plaintiffs, | Honorable David Stewart Cercone |
| vs. | |
| BIG LOTS STORES, INC., | |
| Defendant, | |
| vs. | |
| BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.; BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.; DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO; AND HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR, | |
| Third-Party Defendants. | |

**BIG LOTS STORES INC.'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY AS TO THIRD-PARTY DEFENDANT DESIGNCO OVERSEAS PRIVATE LIMITED A/K/A DESIGNCO INDIA D/B/A DESIGNCO**

Defendant and Third-Party Plaintiff Big Lots Stores, Inc. ("Big Lots") by and through its undersigned counsel, Jason G. Wehrle, Esquire, MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP, Zach Mayer, Esquire, Sara J. Krumholz, Esquire and KANE RUSSELL COLEMAN & LOGAN, P.C. file this Motion for Leave to Conduct Jurisdictional Discovery as to Third Party Defendant Designco Overseas Private Limited a/k/a Designco India d/b/a Designco ("Designco"), requesting jurisdictional discovery prior to the Court ruling on Designco's pending Motion to Dismiss for Lack of Personal Jurisdiction. Big Lots' motion is

supported by the accompanying Brief in Support of Big Lots' Motion for Leave to Conduct Jurisdictional Discovery and the exhibits attached to same. Big Lots' provides a proposed order pursuant to L. Cv. R. 7.D.

Respectfully submitted on October 12, 2016:

>    **MINTZER SAROWITZ ZERIS LEDVA
>    & MEYERS, LLP**
>
>    BY: */s/ Sara J. Krumholz*
>      JASON G. WEHRLE, ESQUIRE
>      PA Id. No. 92711
>      JOSHUA K. BOGGS, ESQUIRE
>      PA Id. No. 319794
>      ZACH T. MAYER, ESQUIRE
>      *Pro Hac Vice*
>      SARA J. KRUMHOLZ, ESQUIRE
>      *Pro Hac Vice*
>      Attorneys for Defendant/Third-Party Plaintiff,
>      BIG LOTS STORES, INC.

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 12th day of October, 2016, a true and correct copy of this **MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY AS TO THIRD-PARTY DEFENDANT DESIGNCO OVERSEAS PRIVATE LIMITED A/K/A DESIGNCO INDIA D/B/A DESIGNCO** was provided to the parties via the Court's ECF System as follows:

| | |
|---|---|
| Michael C. George, Esquire<br>LAW OFFICE OF MICHAEL C. GEORGE<br>The Grant Building<br>330 Grant Street - Suite 712<br>Pittsburgh, PA  15219<br>*Counsel for Plaintiffs* | Donald H. Smith, Esquire<br>Todd A. Gray, Esquire<br>LEWIS, BROSBOIS, BISGAARD & SMITH, LLP<br>429 Fourth Avenue – Suite 805<br>Pittsburgh, PA  15219<br>*Counsel for Defendant, HOC Industries, Inc. f/k/a The Home Oil Company f/k/a The Home Oil Company, Inc. d/b/a Homestar* |
| Jason G. Wehrle, Esquire<br>Managing Partner, Pittsburgh Office<br>Joshua K. Boggs, Esquire<br>Ryan R. Mick, Esquire<br>MINTZER, SAROWITZ, ZERIS LEDVA & MEYERS, LLP<br>EQT Plaza<br>625 Liberty Avenue, Ste 390<br>Pittsburgh, PA 15222<br>Office: 412.928.0502<br>*Counsel for Defendant/Third Party Plaintiff, Big Lots Stores, Inc.*<br>Eric Blumenfeld, Esquire<br>HUGHES HUBBARD & REED LLP<br>101 Hudson Street – Suite 3601<br>Jersey City, NJ  07302-3910<br>*Counsel for Third-Party Defendant, Bureau Veritas Consumer Products Services, Inc. and Bureau Veritas Consumer Products Service (India) Pvt. Ltd.* | Sharon Z. Hall, Esquire<br>ZIMMER KUNZ, PLLC<br>310 Grant Street – Suite 3000<br>Pittsburgh, PA  15219<br>*Counsel for Third-Party Defendants, Bureau Veritas Consumer Products Services, Inc. and Bureau Veritas Consumer Products Service (India) Pvt. Ltd.* |

**MINTZER SAROWITZ ZERIS LEDVA
& MEYERS, LLP**

BY: */s/ Sara J. Krumholz*
    JASON G. WEHRLE, ESQUIRE
    PA Id. No. 92711
    JOSHUA K. BOGGS, ESQUIRE
    PA Id. No. 319794
    ZACH T. MAYER, ESQUIRE
    *Pro Hac Vice*
    SARA J. KRUMHOLZ, ESQUIRE
    *Pro Hac Vice*
    Attorneys for Defendant/Third-Party Plaintiff,
    BIG LOTS STORES, INC.