IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIANA FRICK and JOSEPH FRICK, her husband, | CASE NO. 2:15-cv-00360-DSC |
| Plaintiffs, | Honorable David Stewart Cercone |
| vs. | |
| BIG LOTS STORES, INC., | |
| Defendant, | |
| vs. | |
| BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.; BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.; DESIGNCO OVERSEAS PRIVATE LIMITED a/k/a DESIGNCO INDIA d/b/a DESIGNCO; AND HOC INDUSTRIES, INC. f/k/a THE HOME OIL COMPANY f/k/a THE HOME OIL COMPANY, INC. d/b/a HOMESTAR, | |
| Third-Party Defendants. | |

### ORDER OF THE COURT GRANTING BIG LOTS' MOTION TO CONDUCT JURISDICTIONAL DISCOVERY AS TO THIRD-PARTY DEFENDANT DESIGNCO OVERSEAS PRIVATE LIMITED A/K/A DESIGNCO INDIA D/B/A DESIGNCO

On this _____ day of _____, 2016, after considering pleadings and arguments of counsel, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Big Lots Stores, Inc.'s ("Big Lots") Motion for Leave to Conduct Jurisdictional Discovery as to Third-Party Defendant Designco Overseas Private Limited a/k/a Designco India d/b/a Designco ("Designco") is in all respects GRANTED.

Big Lots is granted fourteen days from the date of this order to serve said discovery on Designco.

Big Lots will not be required to respond to Designco's Motion to Dismiss until after Big Lots has received full and complete responses to Big Lots' discovery.

By the Court,

_____, J.