IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANA FRICK** and **JOSEPH FRICK**, her husband, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:15cv360 **Electronic Filing** |
| **BIG LOTS STORES, INC.**, | ) ) | |
| Defendant/ Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| **BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.**; **BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.**; **DESIGNCO OVERSEAS PRIVATE LIMITED** a/k/a **DESIGNCO INDIA** d/b/a **DESIGNCO**; and **HOC INDUSTRIES, INC.** f/k/a **THE HOME OIL COMPANY** f/k/a **THE HOME OIL COMPANY, INC.** d/b/a **HOMESTAR**, | ) ) ) ) ) ) ) ) ) ) ) | |
| Third Party Defendants. | ) | |

## MEMORANDUM ORDER

AND NOW, this 10th day of January, 2017, upon due consideration of defendant/third-party plaintiff Big Lots' motion for leave to conduct jurisdictional discovery as to third-party defendant Designco Overseas Private Limited a/k/a Designco India and defendant Designco India's opposition thereto, IT IS ORDERED that [132] the motion be, and the same hereby is, granted. Defendant Big Lots is granted leave to conduct jurisdictional discovery from defendant Designco Overseas Private Limited a/k/a Designco India over the next 90 days. Defendant Big Lots shall commence its jurisdictional discovery without undue delay.

Defendant Big Lots has presented factual allegations that suggest with sufficient particularity that the possible existence of the requisite minimum contacts with Pennsylvania can

be established. Consequently, it is appropriate to permit the requested jurisdictional discovery before resolving the dispute about whether personal jurisdiction may be exercised over defendant Designco Overseas Private Limited a/k/a Designco India. <u>See</u> <u>generally</u> <u>Toys "R" Us, Inc. v. Step Two, S.A.</u>, 318 F.3d 446, 455-58 (3d Cir. 2003).

<u>s/David Stewart Cercone</u><br>
David Stewart Cercone<br>
United States District Judge

cc: Michael C. George, Esquire
    Jason G. Wehrle, Esquire
    Joshua K. Boggs, Esquire
    Ryan R. Mick, Esquire
    Sara J. Krumholz, Esquire
    Zach T. Mayer, Esquire
    Donald H. Smith, Esquire
    Sharon Z. Hall, Esquire
    Eric Blumenfeld, Esquire
    Joseph F. Butcher, Esquire
    Paul R. Robinson, Esquire
    Benjamin Sorisio, Esquire

(*Via CM/ECF Electronic Mail*)