IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DIANA FRICK** and **JOSEPH FRICK**, her husband, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 2:15cv360 |
| | ) | **Electronic Filing** |
| **BIG LOTS STORES, INC.**, | ) ) | |
| Defendant/ Third Party Plaintiff, | ) ) | |
| v. | ) ) | |
| | ) | |
| **BUREAU VERITAS CONSUMER PRODUCTS SERVICES, INC.**; **BUREAU VERITAS CONSUMER PRODUCTS SERVICES (INDIA) PVT. LTD.**; **DESIGNCO OVERSEAS PRIVATE LIMITED** a/k/a **DESIGNCO INDIA** d/b/a **DESIGNCO**; and **HOC INDUSTRIES, INC.** f/k/a **THE HOME OIL COMPANY** f/k/a **THE HOME OIL COMPANY, INC.** d/b/a **HOMESTAR**, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Third Party Defendants. | ) | |

## MEMORANDUM ORDER

AND NOW, this 10th day of January, 2017, upon due consideration of defendant/third-party plaintiff  Big Lots' motion for leave to conduct jurisdictional discovery as to third-party defendant Bureau Veritas Consumer Products Services (India) Pvt. Ltd. ("BVCPS – India"),  and defendant BVCPS – India's opposition thereto, IT IS ORDERED that [119] the motion be, and the same hereby is, granted.   Defendant Big Lots is granted leave to pursue jurisdictional discovery from defendant BVCPS – India over the next 90 days.   Defendant Big Lots shall commence its jurisdictional discovery without undue delay.

Defendant Big Lots has presented factual allegations that suggest with sufficient particularity that the possible existence of the requisite minimum contacts with Pennsylvania can

be established. Consequently, it is appropriate to permit the requested jurisdictional discovery

before resolving the dispute about whether personal jurisdiction may be exercised over defendant

BVCPS – India. See generally Toys "R" Us, Inc. v. Step Two, S.A., 318 F.3d 446, 455-58 (3d

Cir. 2003).


                                         s/David Stewart Cercone
                                         David Stewart Cercone
                                       United States District Judge


cc:    Michael C. George, Esquire
        Jason G. Wehrle, Esquire
        Joshua K. Boggs, Esquire
        Ryan R. Mick, Esquire
        Sara J. Krumholz, Esquire
        Zach T. Mayer, Esquire
        Donald H. Smith, Esquire
        Sharon Z. Hall, Esquire
        Eric Blumenfeld, Esquire
        Joseph F. Butcher, Esquire
        Paul R. Robinson, Esquire
        Benjamin Sorisio, Esquire

        (*Via CM/ECF Electronic Mail*)